JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MIRNA D. ARREDONDO,

           Plaintiff,

   v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

           Defendant.

Case No. 5:21-cv-01059-MAA

**JUDGMENT**

     In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED:  March 28, 2022

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE